EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br> Ciro A. Betancourt | 2003 TSPR 83<br><br>159 DPR _____ |

Número del Caso: RT-2001-3803


Fecha: 16 de mayo de 2003


Oficina de Inspección de Notarías:
                        Lcda. Carmen H. Carlos
                        Directora


Abogado de la Parte Peticionaria:
                        Lcdo. José A. Bravo Abreu



 Materia: Remisión Tardía



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

 Ciro A. Betancourt

 RT-2001-3803    Remisión Tardía

RESOLUCION

San Juan, Puerto Rico, a 16 de mayo de 2003

Examinada la moción de reconsideración presentada en este caso, se ordena la reinstalación al ejercicio de la abogacía del Lcdo. Ciro A. Betancourt efectivo el 1ro. de julio de 2003.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Corrada del Río no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo